of Minneapolis, Minn., for plaintiff in error. George C. Stiles and John P. Devaney, both of Minneapolis, Minn., for defendants in error.

PER CURIAM. Affirmed, with costs, pro forma.

McCLINTIC–MARSHALL CONST. CO. v. KESLER. (Circuit Court of Appeals, Sixth Circuit. November 12, 1915.) No. 2762. In Error to the District Court of the United States for the Northern District of Ohio. Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellant. Anderson & Hahn, of Youngstown, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to motion.

McMILLAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 1, 1915.) No. 4413. In Error to the District Court of the United States for the Eastern District of Oklahoma. James C. Denton, of Muskogee, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., and W. P. McGinnis, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Reversed, on confession of error by defendant in error, without costs to either party in this court, and cause remanded, with directions to grant a new trial.

MEGGINSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 25, 1915.) No. 4399. In Error to the District Court of the United States for the Eastern District of Oklahoma. L. O. Lytle, of Sapulpa, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., and W. P. McGinnis, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Reversed, on confession of error by defendant in error, without costs to either party in this court, and cause remanded, with directions to grant a new trial. See, also, 227 Fed. 1020, ―― C. C. A. ――.

MEGGINSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 25, 1915.) No. 4400. In Error to the District Court of the United States for the Eastern District of Oklahoma. L. O. Lytle, of Sapulpa, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., and W. P. McGinnis, Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Reversed, on confession of error by defendant in error, without costs to either party in this court, and cause remanded, with directions to grant a new trial. See, also, 227 Fed. 1020, ―― C. C. A. ――.

MIDLAND VALLEY R. CO. v. HENDERSHOT. (Circuit Court of Appeals, Eighth Circuit. November 2, 1915.) No. 4509. In Error to the District Court of the United States for the Eastern District of Oklahoma. Farrar L. McCain, of Muskogee, Okl., for plaintiff in error. Bert G. Wood and O. T. Gilbertson, both of Muskogee, Okl., for defendant in error.

PER CURIAM. Dismissed, at costs of plaintiff in error, except that no attorney's fee is to be taxed for defendant in error, on motion of plaintiff in error and stipulation of parties.

NEW YORK, C. & ST. L. R. CO. v. NIEBEL. (Circuit Court of Appeals, Sixth Circuit. October 9, 1915.) No. 2821. In Error to the District Court of the United States for the Northern District of Ohio. Charles A. Seiders, of Toledo, Ohio, for appellant. Marshall & Fraser, of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation. See, also, 214 Fed. 952, 131 C. C. A. 248.